UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-61163-KMM

THEON NEDRICK,

Plaintiff,

v.

AUTO WAX OF SOUTH FLORIDA, INC., and JAVIER MALDONADO,

Defendants.
__________________________________/

**JOINT MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AGREEMENT AND TO DISMISS ACTION WITH PREJUDICE**

The Parties, by and through their respective undersigned counsel, and pursuant to the Court's Notice of Court Practice Upon Notice of Settlement [D.E. #15], hereby file their Joint Motion to Approve Settlement Agreement and to Dismiss Action With Prejudice. The following is stated in support thereof:

1. Plaintiff filed suit against Defendants for unpaid minimum and overtime wages pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq*. (the "FLSA").

2. Throughout this litigation Defendants have disputed liability in this action. Nevertheless, recognizing the cost of protracted litigation and the uncertainty regarding the ultimate outcome of the case, the Parties reached an agreement that they considered to be fair and equitable, while at the same time limiting imposition on the Court's limited judicial resources. A copy of the Settlement Agreement entered into by the Parties is attached for the Court's review as *Exhibit 1*.

3. The Parties represent that, in accordance with the terms of the Settlement Agreement, Plaintiff is receiving the total sum of $10,000.00 which will be distributed as follows: The sum of $2,500.00 will be paid to Plaintiff in compensation for his alleged economic damages, the sum of $2,500.00 will be paid to Plaintiff in compensation for his alleged liquidated damages, and the sum of $5,000.00 will be paid to Plaintiff's Counsel representing both attorney's fees and costs.

4. The Parties specifically agree and stipulate that the settlement terms reached by the Parties is a fair and equitable resolution of this matter. The Parties will stipulate to the dismissal with prejudice of this case based on a settlement of all claims.

5. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), employment and wage claims arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor. Accordingly, the Parties respectfully request that the Court approve the settlement as a fair and reasonable resolution of a disputed claim. The Settlement Agreement is fair and reasonable because of the expense and likely duration of the litigation, as well as the risks of trial, and the potential liability.

6. The Settlement Agreement entered into by the Parties is contingent upon approval by the Court. Thus, the Parties respectfully request that the Court approve the settlement and issue an Order dismissing this action with prejudice, but retaining jurisdiction for thirty (30) days to enforce the Settlement Agreement entered into by the Parties.

WHEREFORE, the Parties respectfully request that the Court enter an Order approving the terms of the Settlement Agreement entered into by the Parties to the instant action, dismissing this action with prejudice and retaining jurisdiction for thirty (30) days to enforce the terms of

the Settlement Agreement.

DATED this _____ day of September, 2015.

Respectfully submitted,

/s/ ______________________________
Elliot Kozolchyk, Esq.
Fla. Bar No. 74791
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, FL 33316
Tel. (786) 924-9929
Fax. (786) 358-6071
ekoz@kozlawfirm.com

*Counsel for Plaintiff*

/s/ ______________________________
Juliana Gonzalez, Esq.
Fla. Bar No. 54660
McGuinness & Gonzalez, P.A.
3126 Center Street
Coconut Grove, FL 33133
Tel. (305) 448-9557
Fax. (305) 448-9559
juliana@ljmpalaw.com

*Counsel for Defendants*